United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___14___ CV __5575__

indicated that this case is related to the following case(s):

_____14-cv-4435_____

_____(Spatt)_____

_____